**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

Order Entered on November 17, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BENA FERRER and ROGELIO DELA CRUZ BACTOL
                                                    Debtor.

BANKRUPTCY NO. 10-11958-LT13

U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Pass Through Certificates, Series 2005 FF3
                                                    Moving Party

RS NO. ASW-1

BENA FERRER and ROGELIO DELA CRUZ BACTOL, Debtors; DAVID L. SKELTON, Chapter 13 Trustee;
                                                    Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __4__ pages, is granted. Motion Docket Entry No. __31__

//
//
//
//

DATED: November 17, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

The Wolf Firm
(Firm name)

By: Daniel Fujimoto
    Attorney for Movant

**CSD 1162**

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: BENA FERRER and ROGELIO DELA CRUZ BACTOL   CASE NO: 10-11958-LT13
                                                   RS NO.:  ASW-1

The Motion of U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Pass Through Certificates, Series 2005 FF3,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 10/20/2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 33, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 10/20/2010, and

- [✓] Debtor *(Name)*: BENA FERRER and ROGELIO DELA CRUZ BACTOL
- [✓] Debtor's Attorney *(Name)*: Scott Sagaria
- [✓] Trustee *(Name)*: David L. Skelton
- [ ] United States Trustee (in Chapter 11 & 12 cases), and
- [ ] Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. [✓] The following real property:
   a. Street address of the property including county and state:

      388 Bishop Drive
      San Marcos, CA 92078
      San Diego County

   b. Legal description is [✓] attached as Exhibit B or [ ] described below:

2. [ ] The following personal property as described [ ] below or [ ] in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:
The 14 day stay described by Bankruptcy Rule 4001(a)(3) is waived.

CSD 1162

*Signed by Judge Laura Stuart Taylor November 17, 2010*

# EXHIBIT B

*Signed by Judge Laura Stuart Taylor November 17, 2010*

# EXHIBIT A

2060

PARCEL 1:

AN UNDIVIDED 1/32nd FEE SIMPLE INTEREST AS A TENANT IN COMMON AND TO IN THE PORTION OF THE COMMON AREA OF MODULE D OF LOT 2 OF SAN MARCOS TRACT 431 VILLAGE "O" UNIT 1, IN THE CITY OF SAN MARCOS, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14679 ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON SEPTEMBER 17, 2003, AS SHOWN ON THE CONDOMINIUM PLAN FOR MADEIRA AT CORONADO RANCH, PHASE 3, RECORDED JULY 28, 2004 AS INSTRUMENT NO. 2004-0710391 ("CONDOMINIUM PLAN").

PARCEL 2:

RESIDENTIAL UNIT NO. 377, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN.

RESERVING THEREFROM NON-EXCLUSIVE EASEMENTS FOR MAINTENANCE, ENCROACHMENT, SUPPORT, REPAIR, DRAINAGE AND ALL OTHER PURPOSES AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF MADIERA AT CORONADO RANCH RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JUNE 14, 2004 AS DOCUMENT NO. 0548757 AND ANY AMENDMENTS THERETO AND THE MAP OF RECORD REFERENCED ABOVE.

PARCEL 3:

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT, OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY SHOWN ON THE CONDOMINIUM PLAN AND OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY DESCRIBED IN THE DECLARATION, WHICH EASEMENTS ARE APPURTENANT TO PARCELS 1 AND 2 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS OF THE DECLARATION. THIS EASEMENT SHALL BECOME EFFECTIVE AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I) RECORDATION OF A SUPPLEMENTARY DECLARATION, DECLARING SUCH PHASES, RESPECTIVELY, TO BE SUBJECT TO THE DECLARATION, AND (II) CONVEYANCE OF THE FIRST CONDOMINIUM IN EACH RESPECTIVE PHASE, ALL AS MORE FULLY SET FORTH IN THE DECLARATION. THE ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES SHALL BE AS SHOWN AND DESCRIBED ON THE CONDOMINIUM PLAN COVERING EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA, THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY EXCLUSIVE OR NON-EXCLUSIVE EASEMENTS RESERVED IN THE DECLARATION AND THE CONDOMINIUM PLAN.

PARCEL 4:

A NON-EXCLUSIVE EASEMENT FOR ACCESS, INGRESS AND EGRESS ON, OVER, THROUGH AND ACROSS ROADWAY MODULES A, B, C, E AND ROADWAY MODEL MODULE DESCRIBED IN THE CONDOMINIUM PLAN.

*Signed by Judge Laura Stuart Taylor November 17, 2010*